**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DAVID WILLIAMS                                                                                                  PLAINTIFF
ADC #78730

V.                                              NO: 2:10CV00039 JMM/HDY

KATHY STEWART *et al.*                                                                              DEFENDANTS

## ORDER

Plaintiff filed this complaint (docket entry #2) on March 22, 2010, and service was ordered. On May 21, 2010, the summons was returned unexecuted as to Defendant Kathy Stewart (docket entry #18). Service had been attempted in the care of the Arkansas Department of Correction ("ADC"), but was returned because Stewart is no longer employed at the ADC. However, Stewart's last known address was provided and filed under seal. Accordingly, service will be attempted at the address provided.

IT IS THEREFORE ORDERED THAT:

1. Defendant Kathy Stewart's last known addresses shall not be made part of any public record.

2. The Clerk of the Court shall prepare a summons for Kathy Stewart, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Kathy Stewart, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

3. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the

address prior to forwarding a copy to Plaintiff.

DATED this   24   day of May, 2010.

                                                                             UNITED STATES MAGISTRATE JUDGE