**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DAVID WILLIAMS                                                                                              PLAINTIFF
ADC #78730

V.                                         NO: 2:10CV00039 JMM/HDY

KATHY STEWART *et al.*                                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant Norman Hodge, and the Does, are DISMISSED WITH PREJUDICE, and the names of Hodge and the Does are removed as party Defendants.

DATED this 25th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE