### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

DAVID WILLIAMS                                                                                    PLAINTIFF
ADC #78730

V.                                      NO: 2:10CV00039 JMM/HDY

KATHY STEWART *et al.*                                                                        DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff's motion for injunctive relief (docket entry #40) is GRANTED IN PART AND DENIED IN PART.

2.     Plaintiff's motion is GRANTED to the extent that he should be allowed to keep and have access to the pleadings and exhibits in this case.

3.     Plaintiff's motion is DENIED in all other respects.

DATED this 27th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE