# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

DAVID WILLIAMS                                                                                    PLAINTIFF
ADC #78730

V.                                            NO: 2:10CV00039 JMM/HDY

KATHY STEWART *et al.*                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. The Plaintiff has requested, and been granted, three extensions of time to file objections to the Proposed Findings. However, no objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE RECOMMENDED THAT:

1.     The motion to dismiss filed by Greg Harmon, Ray Hobbs, Moses Jackson, and Randy Watson (docket entry #29) is GRANTED IN PART AND DENIED IN PART.

2.     The motion (docket entry #29) is GRANTED with respect to Defendants Greg Harmon, Ray Hobbs, and Randy Watson, Plaintiff's claims against them are DISMISSED WITH PREJUDICE, and their names are removed as party Defendants.

3.     The motion (docket entry #29) is DENIED with respect to Defendant Moses Jackson, and in all other respects.

4.     The motion to dismiss filed by Defendant Kathy Stewart (docket entry #36) is

DENIED.

DATED this 1st day of November, 2010.

                                                        UNITED STATES DISTRICT JUDGE