**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

DAVID WILLIAMS　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #78730

V.　　　　　　　　　　　　　　NO: 2:10CV00039 JMM

KATHY STEWART *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 18th day of April, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James M. Moody
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE